PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES R. CROSBY, | ) | |
| | ) | CASE NO. 1:11cv1557 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TERRY A. TIBBALS, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** [Regarding ECF No. 19] |

Before the Court is the Report and Recommendation of Magistrate Judge Vernelis K. Armstrong (ECF No. 19) recommending the Court deny the Petition for Writ of Habeas Corpus (ECF No. 1).

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, Objections to the Report and Recommendation were due by July 23, 2012. On July 23, Petitioner filed a motion for an extension of time to file an Objection. ECF No. 20. This motion was granted on July 30, and Petitioner was given an additional 30 days to file Objections to the Report and Recommendation. Petitioner has not filed an Objection. The

(1:11cv1557)

Court finds that the Report and Recommendation is supported by the record, and agrees with the Magistrate Judge's recommendation.

      Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. ECF No. 19. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      IT IS SO ORDERED.

  September 19, 2012                  */s/ Benita Y. Pearson*
Date                                     Benita Y. Pearson
                                        United States District Judge